| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Crawford, Karen S. | 2. Court or Organization<br><br>U.S. District Court, Southern District of California | 3. Date of Report<br><br>08/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
333 W. Broadway, Suite 1010
San Diego, Ca. 92101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Board | Wallace Chapter, American Inn of Court |
| 2. | Member, President, Executive Board | Welsh Chapter, American Inn of Court |
| 3. | Member | Council of Visitors, California Western School of Law |
| 4. | Trustee | Trust No. 1 |
| 5. | Trustee | Trust No. 2 |
| 6. | Trustee | Trust Nos. 3, 4 |
| 7. | Custodian | Custodial Accounts, Nos. 1, 2 |
| 8. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Duane Morris LLP Retirememt Plan (former law firm); no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Duane Morris LLP | $67,277.25 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust Acct. No. 1 (Vanguard) (Y) | | | | | | | | | |
| 2. - Prime Money Mkt Fund (Y) | | | | | | | | | |
| 3. - Total International Stock Ix Admiral (Y) | | | | | | | | | |
| 4. - Total Stock Market Index Ammiral (Y) | | | | | | | | | |
| 5. Trust Acct. No. 2 (Vanguard) | A | Interest | M | T | | | | | |
| 6. - Ca. Tax Exempt Money Market | | | | | | | | | |
| 7. - Prime Money Market Fund | B | Interest | M | T | | | | | |
| 8. - Total International Stock Admiral | | | | | | | | | |
| 9. - Total Bond Market Index Adm | | | | | | | | | |
| 10. - Total Stock Market Index Adm | | | | | | | | | |
| 11. Custodial Acct. No. 1 (American Funds) | E | Interest | M | T | | | | | |
| 12. - Money Market Fund-529A | | | | | | | | | |
| 13. - Bond Fund of America-529A | | | | | | | | | |
| 14. - Capital World Growth and Income Fund-529A | | | | | | | | | |
| 15. - Growth Fund of America-529A | | | | | | | | | |
| 16. - Income Fund of America-529A | | | | | | | | | |
| 17. - Intermediate Bond Fund of America-529A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Investment Company of America-529A | | | | | | | | | |
| 19. - New Perspective Fund-529A | | | | | | | | | |
| 20. - New World Fund-529A | | | | | | | | | |
| 21. - SMALLCAP World Fund-529A | | | | | | | | | |
| 22. - Washington Mutual Investors Fund-529A | | | | | | | | | |
| 23. Custodial Acct.No. 2 (American Funds) | E | Interest | M | T | | | | | |
| 24. - New Growth Fund of America-529A | | | | | | | | | |
| 25. - New Perspective Fund-529A | | | | | | | | | |
| 26. - New World Fund 529A | | | | | | | | | |
| 27. - SMALLCAP World Fund-529A | | | | | | | | | |
| 28. - Investment Co of America-529A | | | | | | | | | |
| 29. - Capital World Growth and Income-529A | | | | | | | | | |
| 30. - Income Fund of America-529A | | | | | | | | | |
| 31. - Bond Fund of America-529A | | | | | | | | | |
| 32. - Intermediate Bond Fund-529A | | | | | | | | | |
| 33. Ca. Tax Exempt Money Market | A | Interest | M | T | | | | | |
| 34. TIAA/CREF IRA No. 1 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - TIAA/CREF Traditional | | | | | | | | | |
| 36.  - TIAA/CREF - CREF Global Equities | | | | | | | | | |
| 37.  Retirement Account IRA No. 2 | E | Interest | O | T | | | | | |
| 38.  - Dodge & Cox Balanced | | | | | | | | | |
| 39.  Retirement Account IRA No. 3 | A | Interest | J | T | | | | | |
| 40.  - Hotchkis and Wiley Large Cap Value | | | | | | | | | |
| 41.  - Janus I | | | | | | | | | |
| 42.  - Turner Large Growth Institutional | | | | | | | | | |
| 43.  - Baron Growth Institutional | | | | | | | | | |
| 44.  - Ivy Mid Cap Growth I | | | | | | | | | |
| 45.  - Royce Opp. Svc. | | | | | | | | | |
| 46.  - First Eagle Overseas A | | | | | | | | | |
| 47.  - Janus Overseas I | | | | | | | | | |
| 48.  - Dodge & Cox Balanced | | | | | | | | | |
| 49.  - BlackRock Low Duration Bd Insititutional | | | | | | | | | |
| 50.  - Metropolitan West Total Return Bond | | | | | | | | | |
| 51.  - Schwab Value Advantage Monety Isstitutional | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Retirement Account IRA No. 4 | A | Interest | J | T | | | | | |
| 53. - S&P 500 TR Index | | | | | | | | | |
| 54. - Russell 2000 TR USD Index | | | | | | | | | |
| 55. Mass Mutual Life Ins. | B | Interest | J | T | | | | | |
| 56. ING Life Ins. | | None | K | T | | | | | |
| 57. Chase Cash Account | | None | J | T | | | | | |
| 58. Brokerage Account #1 | | | | | | | | | |
| 59. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | K | T | Buy (add'l) | 05/01/14 | J | | |
| 60. | | | | | Buy (add'l) | 06/16/14 | J | | |
| 61. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | J | T | | | | | |
| 62. -BPY Brookfield Property Partners LP | A | Distribution | | | Sold | 04/08/14 | J | | |
| 63. -CHK CHESAPEAKE ENERGY | A | Dividend | J | T | Buy (add'l) | 02/07/14 | J | | |
| 64. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 65. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | K | T | | | | | |
| 66. -CX Cemex, S.A.B. De C.V. Sponsored | | None | J | T | | | | | |
| 67. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |
| 68. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -L LOEWS CORPORATION | A | Dividend | J | T | Buy (add'l) | 04/28/14 | J | | |
| 70. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 71. -LUK LEUCADIA NATL CORP | A | Dividend | J | T | Buy | 04/28/14 | J | | |
| 72. -MKL MARKEL CP COM | | None | J | T | Buy | 04/29/14 | J | | |
| 73. -MSFT Microsoft Corporation | A | Dividend | K | T | Buy (add'l) | 05/15/14 | J | | |
| 74. -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | | | | | |
| 75. -PXD Pioneer Natural Resources Compa | A | Dividend | J | T | | | | | |
| 76. -SSE Seventy Seven Energy | | None | | | Spinoff (from line 63) | 07/01/14 | J | | |
| 77. | | | | | Sold | 07/01/14 | J | A | |
| 78. -YUM Yum Brands | A | Dividend | J | T | Buy (add'l) | 05/15/14 | J | | |
| 79. Brokerage Account #2 | | | | | | | | | |
| 80. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 81. Brokerage Account #3 | | | | | | | | | |
| 82. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 83. Brokerage Account #4 | | | | | | | | | |
| 84. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | K | T | Buy (add'l) | 05/01/14 | J | | |
| 85. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -BPY Brookfield Property Partners LP | A | Distribution | | | Sold | 04/08/14 | J | | |
| 87. -CHK CHESAPEAKE ENERGY | A | Dividend | J | T | Buy (add'l) | 02/07/14 | J | | |
| 88. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | K | T | | | | | |
| 89. -CX Cemex, S.A.B. De C.V. Sponsored | | None | J | T | | | | | |
| 90. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |
| 91. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 92. -L LOEWS CORPORATION | A | Dividend | J | T | Buy (add'l) | 04/28/14 | J | | |
| 93. -LUK LEUCADIA NATL CORP | A | Dividend | J | T | Buy | 04/28/14 | J | | |
| 94. -MKL MARKEL CP COM | | None | J | T | Buy | 04/29/14 | J | | |
| 95. -MSFT Microsoft Corporation | A | Dividend | J | T | Buy (add'l) | 05/15/14 | J | | |
| 96. -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | | | | | |
| 97. -PXD Pioneer Natural Resources Compa | A | Dividend | J | T | | | | | |
| 98. -YUM YUM BRANDS (X) | A | Dividend | J | T | Buy (add'l) | 05/15/14 | J | | |
| 99. Brokerage Account #5 | | | | | | | | | |
| 100. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 101. Brokerage Account #7 | | | | | | | | | |
| 102. -MO ALTRIA GROUP INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -AAPL Apple Inc. | A | Dividend | K | T | | | | | |
| 104. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | N | T | | | | | |
| 105. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | K | T | Buy (add'l) | 02/04/14 | J | | |
| 106. -COSWF CANADIAN OIL SANDS TR NEW UNIT | B | Dividend | | | Buy (add'l) | 01/31/14 | J | | |
| 107. | | | | | Sold | 12/29/14 | J | | |
| 108. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | M | T | | | | | |
| 109. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | K | T | | | | | |
| 110. -CHK CHESAPEAKE ENERGY | A | Dividend | K | T | Buy (add'l) | 09/10/14 | J | | |
| 111. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 112. -CWGL Crimson Wine Group Ltd Com | | None | | | Sold | 09/04/14 | J | A | |
| 113. -KO COCA COLA CO | A | Dividend | J | T | | | | | |
| 114. -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS | A | Dividend | K | T | | | | | |
| 115. -XOM Exxon Mobil Corporation Com | A | Dividend | J | T | | | | | |
| 116. -FCEA FOREST CITY ENTERPRISES I | | None | K | T | | | | | |
| 117. -GE GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 118. -HUWHY Hutchison Whampoa Ltd Adr | B | Dividend | K | T | | | | | |
| 119. -LUK LEUCADIA NATL CORP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -L LOEWS CORPORATION | A | Dividend | L | T | Buy (add'l) | 01/31/14 | J | | |
| 121. | | | | | Sold (part) | 06/23/14 | J | | |
| 122. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 123. -MKL MARKEL CP COM | | None | K | T | | | | | |
| 124. -MSFT Microsoft Corporation | C | Dividend | M | T | | | | | |
| 125. -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | B | Dividend | K | T | | | | | |
| 126. -ORCL Oracle Corp Com | A | Dividend | K | T | Buy (add'l) | 09/19/14 | J | | |
| 127. -PM PHILIP MORRIS INTL COM | A | Dividend | K | T | | | | | |
| 128. -PXD Pioneer Natural Resources Compa | A | Dividend | L | T | | | | | |
| 129. -SSE Seventy Seven Energy | | None | | | Spinoff (from line 110) | 07/01/14 | J | | |
| 130. | | | | | Sold | 07/01/14 | J | A | |
| 131. -WMT Wal-mart Stores Com | B | Dividend | L | T | | | | | |
| 132. -YUM YUM BRANDS | A | Dividend | K | T | | | | | |
| 133. Brokerage Account #8 | | | | | | | | | |
| 134. -MO ALTRIA GROUP INC | A | Dividend | J | T | | | | | |
| 135. -AAPL Apple Inc. | A | Dividend | K | T | | | | | |
| 136. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -BAM BROOKFIELD ASSET MGMT INC COM | B | Dividend | M | T | Buy (add'l) | 02/05/14 | J | | |
| 138. -BPY Brookfield Property Partners LP | A | Distribution | | | Sold | 04/08/14 | J | | |
| 139. -COSWF CANADIAN OIL SANDS TR NEW UNIT | B | Dividend | K | T | Sold (part) | 11/21/14 | J | | |
| 140. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | M | T | | | | | |
| 141. -CX Cemex, S.A.B. De C.V. Sponsored | | None | J | T | | | | | |
| 142. -CWGL Crimson Wine Group Ltd Com | | None | | | Sold | 09/04/14 | J | A | |
| 143. -CHK Chesapeake Energy Corp Com | A | Dividend | K | T | Buy (add'l) | 08/12/14 | J | | |
| 144. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 145. -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS | B | Dividend | L | T | | | | | |
| 146. -FCEA FOREST CITY ENTERPRISES 1 | | None | L | T | | | | | |
| 147. -GE GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 148. -HUWHY Hutchison Whampoa Ltd Adr | B | Dividend | K | T | | | | | |
| 149. -LUK LEUCADIA NATL CORP | A | Dividend | J | T | Buy (add'l) | 10/09/14 | J | | |
| 150. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 151. -L LOEWS CORPORATION | A | Dividend | L | T | Buy (add'l) | 01/13/14 | J | | |
| 152. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 153. -MKL MARKEL CP COM | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -MSFT Microsoft Corporation | B | Dividend | K | T | | | | | |
| 155.  -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | B | Dividend | K | T | | | | | |
| 156.  -ORCL Oracle Corp Com | A | Dividend | K | T | Buy (add'l) | 02/05/14 | J | | |
| 157.  -PM PHILIP MORRIS INTL COM | A | Dividend | J | T | | | | | |
| 158.  -PXD Pioneer Natural Resources Compa | A | Dividend | L | T | | | | | |
| 159.  -SSE Seventy Seven Energy | | None | | | Spinoff (from line 143) | 07/01/14 | J | | |
| 160. | | | | | Sold | 07/01/14 | J | | |
| 161.  -WMT Wal-mart Stores Com | A | Dividend | K | T | | | | | |
| 162.  -YUM YUM BRANDS | A | Dividend | K | T | | | | | |
| 163.  Brokerage Account #9 | | | | | | | | | |
| 164.  MO ALTRIA GROUP INC | B | Dividend | K | T | | | | | |
| 165.  -BRKB BERKSHIRE HATHAWAY INC-DE | | None | M | T | | | | | |
| 166.  - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | N | T | | | | | |
| 167.  -CX Cemex, S.A.B. De C.V. Sponsored | B | Dividend | | | Sold | 08/28/14 | K | E | |
| 168.  -CHK Chesapeake Energy Corp Com | A | Dividend | K | T | Buy (add'l) | 01/09/14 | J | | |
| 169. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 170.  -CWGL Crimson Wine Group Ltd Com | | None | | | Sold | 09/04/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -KO COCA COLA CO | B | Dividend | K | T | Sold (part) | 08/25/14 | J | B | |
| 172. -XOM Exxon Mobil Corporation Com | A | Dividend | K | T | | | | | |
| 173. -FCEA FOREST CITY ENTERPRISES 1 | | None | K | T | Sold (part) | 09/17/14 | J | B | |
| 174. -GE GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 175. -HUWHY Hutchison Whampoa Ltd Adr | B | Dividend | J | T | | | | | |
| 176. -LUK LEUCADIA NATL CORP | A | Dividend | K | T | | | | | |
| 177. -L LOEWS CORPORATION | A | Dividend | K | T | | | | | |
| 178. -MKL Markel Corp Com | | None | K | T | | | | | |
| 179. -MSFT Microsoft Corporation | C | Dividend | L | T | Sold (part) | 03/31/14 | J | C | |
| 180. | | | | | Sold (part) | 11/06/14 | J | D | |
| 181. -ORCL Oracle Corp Com | A | Dividend | L | T | Buy (add'l) | 07/10/14 | J | | |
| 182. -PM PHILIP MORRIS INTL COM | D | Dividend | M | T | Buy (add'l) | 01/24/14 | J | | |
| 183. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 184. -SRSC...formerly SEARF Sears Canada Inc (symbol change, only) | | None | J | T | | | J | | |
| 185. -SHLD SEARS ROEBUCK & CO | | None | J | T | | | | | |
| 186. -SHLDR Sears rights exp 11/7/14 | | None | | | Spinoff (from line 185) | 10/22/14 | J | | |
| 187. | | | | | Sold | 10/24/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -SHLDZ Sears rights exp 11/28/14 | A | Distribution | | | Expired | 11/28/14 | J | | |
| 189.  -SSE Seventy Seven Energy | | None | | | Spinoff (from line 168) | 07/01/14 | J | | |
| 190. | | | | | Sold | 07/01/14 | J | | |
| 191.  Treasury Bonds - TIPS | B | Interest | N | T | | | | | |
| 192.  -WMT Wal-mart Stores Com | A | Dividend | K | T | Sold (part) | 03/31/14 | J | C | |
| 193. | | | | | Sold (part) | 06/03/14 | J | C | |
| 194. | | | | | Sold (part) | 10/10/14 | J | B | |
| 195.  Brokerage account #10 | | | | | | | | | |
| 196.  -BRKB BERKSHIRE HATHAWAY INC-DE | | None | J | T | Buy | 04/23/14 | J | | |
| 197.  - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Crawford, Karen S. | 08/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Not listed in Section VII and reasons therefore:

1. Trust No. 1: Trust account for trust related expenses.

2. Trust No. 2: Trust account created for benefit of filer.

3. Trust Nos. 3, 4: Trust created for the benefit of third parties for which filer was designated as a "trustee" consistent with the controlling Canons of Judicial Conduct, No. 4(e). Filer has no financial interest in the assets of these trusts, no knowledge of manner in which the principal is invested, and no control or influence of any kind over investment decisions related to the assets held in this trust. Rather, filer's sole fiduciary responsibility is limited to the exercise of veto power for requests made by beneficiaries to Trust Nos. 3 or 4 to incur extraordinary expenses as specifically defined by trust document. To reiterate, filer has no fiduciary responsibilities over the management or investment of the "trust" assets, nor does she have any beneficial interest of any kind in Trust No. 3 and 4.

4. Partnership No. 1: real estate assets for which filer has potential future interest when and if partnership real estate interests are sold. Filer has no direct or indirect control over holdings, and cannot influence policy or other decisions which affect the purchase, exchange, sale or disposition of the partnership assets.

5. Brokerage Account No. 4, line 83: Purchase of PXD was inadvertently and erroneously not reported on the 2012 FDR. PXD was purchased on 7/10/12 in Brokerage Account No. 4. The entry, which would have been line No. 89 of the 2012 FDR, should have been as follows: B(1) - A; B(2) - Dividend; C(2) - T; D(1) - Buy; D(2) - 07/10/12; D(3) - J; D(4) and (5) - Blank.

6. On the 2012 FDR there were two errors on lines 176 and 177 - Brokerage Account No. 8:

a. On line 176 (TWC), B(1) and B(2) were correct; C(1) and C(2) were correct; D(1) should have been "Sold"; D(2) - 06/29/12; D(3) - D; D(4) - A; D(5) - Blank.

b. Line 177 (TWX) should have been omitted; TWX had been sold on 2/17/11; D(1) - Sold; D(2) - 02/17/11; D(3) - J; D(4) - B; D(5) - Blank.

7. Brokerage account No. 4, line 83: note that there should have been an additional entry, on the 2013 FDR after line 19 on page 9 of 16, which was inadvertently and erroneously omitted. This line should have read:

A: YUM YUM BRANDS
B1: A
B2: Dividend
C1: J
C2: T
D1: Buy
D2: 4/23/13
D3: J

7. Brokerage account No. 6 was merged in 2013 with another account (see 2013 FDR), and no longer exists.

8. Brokerage account No. 9, line 184: the stock symbol for SEARF was changed to SRSC.

9. Brokerage account No. 10, line 195 is a new account, which was funded on 2/4/14 by a cash deposit, the value for which would be "J."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen S. Crawford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544